**Dismissed; Opinion Filed July 1, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00154-CV

### GARTH MCCREATH, Appellant
### V.
### CAPITOL STONEBRIAR, Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-00272-2019**

## MEMORANDUM OPINION
Before Justices Bridges, Brown, and Nowell
Opinion by Justice Nowell

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated February 5, 2019, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated February 5, 2019, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated April 2, 2019, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We

cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

190154F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GARTH MCCREATH, Appellant

No. 05-19-00154-CV          V.

CAPITOL STONEBRIAR, Appellee

On Appeal from the County Court at Law
No. 6, Collin County, Texas
Trial Court Cause No. 006-00272-2019.
Opinion delivered by Justice Nowell.
Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee CAPITOL STONEBRIAR recover its costs of this appeal from appellant GARTH MCCREATH.

Judgment entered this 1st day of July, 2019.